IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTA GALO, | No. C -12-05177(EDL) |
| Plaintiff, | **ORDER** |
| v. | |
| ABLE BUILDING MAINTENANCE CO, | |
| Defendant. | |

On April 23, 2013, the Court ordered this case dismissed without prejudice, with leave to reinstate on or before 90 days in the event that a settlement had not been completed. On July 22, 2013, Plaintiff filed a request to reinstate the case, which states that although the parties agreed to a mediation proposal in April of 2013, Defendant only recently provided Plaintiff with a draft settlement agreement for review. Docket No. 21. Plaintiff requests that the Court reinstate this case "in the event that a settlement is ultimately not reached." Docket No. 21 at 1. It is HEREBY ordered that the deadline to reinstate the case is extended 30 days, to August 23, 2013, to give the parties an opportunity to reach a final settlement. If a settlement has not been completed prior to that date, Plaintiff may file another request to reinstate the case.

**IT IS SO ORDERED.**

Dated: July 23, 2013

_____
ELIZABETH D. LAPORTE
United States Chief Magistrate Judge