**United States District Court**
For the Northern District of California

1

2

3                          IN THE UNITED STATES DISTRICT COURT

4                        FOR THE NORTHERN DISTRICT OF CALIFORNIA

5

6   MARTA GALO,                                    No. C -12-05177(EDL)

7                Plaintiff,                         **ORDER**

8      v.

9   ABLE BUILDING MAINTENANCE CO,

10               Defendant.

11   _____/

12         On April 23, 2013, the Court ordered this case dismissed without prejudice, with leave to

13   reinstate on or before 90 days in the event that a settlement had not been completed.  On July 22,

14   2013, Plaintiff filed a request to reinstate the case, which states that although the parties agreed to a

15   mediation proposal in April of 2013, Defendant only recently provided Plaintiff with a draft

16   settlement agreement for review.  Docket No. 21.  Plaintiff requests that the Court reinstate this case

17   "in the event that a settlement is ultimately not reached."  Docket No. 21 at 1.  It is HEREBY

18   ordered that the deadline to reinstate the case is extended 30 days, to August 23, 2013, to give the

19   parties an opportunity to reach a final settlement.  If a settlement has not been completed prior to

20   that date, Plaintiff may file another request to reinstate the case.

21         **IT IS SO ORDERED.**

22   Dated: July 23, 2013                          _____

23                                                 ELIZABETH D. LAPORTE

24                                                 United States Chief Magistrate Judge

25

26

27

28