IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTA GALO, | No. C -12-05177 EDL |
| Plaintiff, | **ORDER** |
| v. | |
| ABLE BUILDING MAINTENANCE CO, | |
| Defendant. | |

On April 23, 2013, the Court ordered this case dismissed without prejudice, with leave to reinstate on or before ninety days in the event that a settlement had not been completed. On July 22, 2013, Plaintiff filed a request to reinstate the case, stating that although the parties agreed to a mediation proposal in April of 2013, Defendant had only recently provided Plaintiff with a draft settlement agreement for review. Docket No. 21. On July 23, 2013, the Court granted a thirty day extension of time to reinstate the case. Docket No. 22. On August 23, 2013, Plaintiff requested another thirty day extension of time to reinstate the case to give the parties an opportunity to reach a final settlement. Docket No. 23. Accordingly, the deadline to reinstate the case is extended thirty days, to September 25, 2013, to give the parties an opportunity to reach a final settlement.

**IT IS SO ORDERED.**

Dated: August 27, 2013

_____
ELIZABETH D. LAPORTE
United States Chief Magistrate Judge