IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTA GALO,<br><br>    Plaintiff,<br><br>v.<br><br>ABLE BUILDING MAINTENANCE CO,<br><br>    Defendant.<br>_____/ | No. C -12-05177 EDL<br><br>**ORDER SETTING STATUS CONFERENCE** |

On September 24, 2013, Plaintiff filed a third request for extension of time to reinstate this case following the April 23, 2013 conditional dismissal. Rather than extend the deadline a third time, the Court sets this matter for a status conference on October 22, 2013 at 10:00 a.m. in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco, CA. No later than October 15, 2013, Defendant shall file a status conference statement updating the Court on the status of this case without revealing the substance of any settlement negotiations. Plaintiff may also file a status conference statement by October 15, 2013 with any pertinent information not already contained in the September 24, 2013 filing, but not including the substance of any settlement negotiations.

**IT IS SO ORDERED.**

Dated: October 7, 2013

ELIZABETH D. LAPORTE
United States Magistrate Judge